**No. 09-758 (R46-021). Elouise Pepion Cobell, et al., Petitioners v. Ken L. Salazar, Secretary of the Interior, et al.**

561 U.S. 1020, 130 S. Ct. 3497, 177 L. Ed. 2d 1085, 2010 U.S. LEXIS 5260.

June 24, 2010. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 573 F.3d 808.

■

**No. 09-213. Northeastern Land Services, Ltd., dba The NLS Group, Petitioner v. National Labor Relations Board.**

561 U.S. 1021, 130 S. Ct. 3498, 177 L. Ed. 2d 1085, 2010 U.S. LEXIS 5339.

June 28, 2010. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the First Circuit for further consideration in light of New Process Steel, L.P. v. NLRB, 560 U.S. 674, 130 S. Ct. 2635, 177 L. Ed. 2d 162 (2010).

Same case below, 560 F.3d 36.

■

**No. 09-328. Snell Island Skilled Nursing Facility, LLC, dba Shore Acres Rehabilitation and Nursing Center,**

**LLC, et al., Petitioners v. National Labor Relations Board.**

561 U.S. 1021, 130 S. Ct. 3498, 177 L. Ed. 2d 1085, 2010 U.S. LEXIS 5408.

June 28, 2010. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of New Process Steel, L.P. v. NLRB, 560 U.S. 674, 130 S. Ct. 2635, 177 L. Ed. 2d 162 (2010).

Same case below, 568 F.3d 410.

■

**No. 09-787. Union Pacific Railroad Company, Petitioner v. Sompo Japan Insurance Company of America, et al. (two judgments).**

561 U.S. 1021, 130 S. Ct. 3499, 177 L. Ed. 2d 1085, 2010 U.S. LEXIS 5349.

June 28, 2010. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Kawasaki Kisen Kaisha Ltd. v. Regal-Beloit Corp., 561 U.S. 89, 130 S. Ct. 2433, 177 L. Ed. 2d 424 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 341 Fed. Appx. 706 (first judgment) and 341 Fed. Appx. 707 (second judgment).